IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| MARK ERIC PATRICK and DFW CHARITABLE FOUNDATION,<br><br>    Plaintiffs,<br><br>v.<br><br>MATT GAETZ, HERRING NETWORKS INC. D/B/A ONE AMERICA NEWS NETWORK, and UNITED STATES OF AMERICA,<br><br>    Defendants. | Civil Action No. 3:26-CV-2483-N |

## <u>CERTIFICATE OF INTERESTED PERSONS</u>

Other than the parties to this case, the undersigned counsel for the United States is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

<u>/s/ Brian W. Stoltz</u>
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8626
Facsimile:   214-659-8807
brian.stoltz@usdoj.gov

Certificate of Service

On July 27, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties that have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney

**Certificate of Interested Persons – Page 2**